# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Arlen Valdez,**

**CASE NO:  1:26–CV–03542–KES–CDB**

**vs.**

## SUMMONS IN A CIVIL CASE

**County of Kern,**

TO:  *(Defendant's Name and Address)*

   **County of Kern**

**YOU ARE HEREBY SUMMONED**.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

   **Dale Galipo**
   **21800 Burbank Blvd.**
   **Suite 310**
   **Woodland Hills, CA 91367**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.



   **KEITH HOLLAND**
   _____
    CLERK

    **/s/  C. Maldonado**
   _____
    (By) DEPUTY CLERK

                    **ISSUED ON 2026–05–08 08:48:24**
                    **CLERK, USDC EDCA**

## RETURN OF SERVICE

### Case No:   1:26–CV–03542–KES–CDB

| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
|---|---|
| **County of Kern** | **6/18/2026 at 8:11 AM** |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| **Jeannine Ibara** | **California Registered Process Server** |

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify):  **Documents were handed to Teodora Pacheco, Deputy Clerk, Authorized person to accept service of process on behalf of County of Kern at 1115 Truxtun Avenue, 5th Floor, Bakersfield, CA 93301.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $202.18 |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **6/26/2026**
                        Date

*Signature of Server*

**Jeannine Ibarra, Ace Attorney Service, Inc.**
**800 South Figueroa Street, Suite 900**
**Los Angeles, CA 90017**
**(213) 623-3979**
**COUNTY: KERN } REGISTRATION: PS 462**

*Address of Server*

**Additionally, "SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; STANDING ORDER IN CIVIL CASES; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY - VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271" were served as well.**