**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN VALADEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTY OF KERN; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 1:26-cv-03542-KES-CDB<br><br>*Hon. Kirk E. Sherriff*<br>*Hon. Mag. Judge Christopher D. Baker*<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES BY 21 DAYS**<br><br>Conference Date:  August 5, 2026<br>Conference Time: 9:30 a.m.<br>Courtroom:        N/A (Zoom)<br><br>*[(Proposed) Order filed concurrently herewith]* |

PLAINTIFF'S REQUEST TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES BY 21 DAYS

**TO THE HONORABLE COURT:**

Plaintiff Arlen Valdez, by and through her attorneys of record, hereby respectfully requests a continuance of the Mandatory Scheduling Conference, and associated deadlines, by at least 21 days.

Plaintiff filed her Complaint in this action on May 7, 2026, naming as Defendants County of Kern and Does 1-10. [Dkt. 1.] A Summons was issued the following day. [Dkt. 5.] On June 18, 2026, the Summons and Complaint, together with all other documents that had been filed on the docket in this action, were served on Defendant County of Kern ("County"). [Dkt. 6.] Based on this service date, County's responsive pleading was due on July 9, 2027. Fed. R. Civ. P. 12(a)(1)(A)(i). However, on July 9, 2026, counsel for County contacted Plaintiff's counsel by email requesting a three-week extension for County to answer the Complaint, which Plaintiff's counsel granted. Thus, by the parties' agreement, County's Answer is now due on July 30, 2026.

On May 8, 2026, this Court issued an Order Setting Mandatory Scheduling Conference, setting a Mandatory Scheduling Conference for August 5, 2026, at 9:30 a.m. [Dkt. 4.] That Order also directed the parties to file a Joint Scheduling Report one week before the conference and to hold a conference of counsel at least 20 days before the conference, resulting in deadlines of July 29, 2026, and July 16, 2026, respectively. [*See id.*] However, due to the grant of County's requested extension to file an Answer, County has not yet appeared in this action, so it will not be possible for the parties to comply with these deadlines.[1] To allow the parties sufficient time to timely hold a conference of counsel and file a Joint Scheduling Report following County's appearance in this case and before the Court holds a Mandatory Scheduling Conference, Plaintiff respectfully requests that the Court continue the

---

[1] Counsel for Plaintiff apologizes to the Court for allowing the current deadline to hold the conference of counsel to pass before filing this Request.

-1-

Conference by at least three weeks, in accordance with the Court's availability,[2] and continue the deadlines for the parties to hold the required conference of counsel and file the Joint Scheduling Report by the same amount of time.

Respectfully submitted,

DATED: July 17, 2026                          **LAW OFFICES OF DALE K. GALIPO**

By:   _/s/ Benjamin S. Levine_

DALE K. GALIPO
BENJAMIN S. LEVINE
*Attorneys for Plaintiff*

---

[2] Such a continuance would not result in a violation of Federal Rule of Civil Procedure 16, as the Conference would still occur well "within 90 days of the date of the Complaint being served upon the defendant" [Dkt. 4 at 1], given the above-noted service date of June 18, 2026.

PLAINTIFF'S REQUEST TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES BY 21 DAYS