# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN VALADEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:26-cv-03542-KES-CDB<br><br>**[PROPOSED] ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES BY 21 DAYS** |

## [PROPOSED] ORDER

Having reviewed Plaintiff's request to continue the Mandatory Scheduling Conference and associated deadlines, and good cause appearing, the Mandatory Scheduling Conference in this action is hereby CONTINUED to August 26, 2026, at 9:30 a.m. The deadlines for the parties to hold the required conference of counsel and to file a Joint Scheduling Report shall be based on the new Mandatory Scheduling Conference date, in accordance with the timing requirements set forth in the Court's original Order Setting Mandatory Scheduling Conference [Dkt. 4].

IT IS SO ORDERED.

Dated:

_____
CHRISTOPHER D. BAKER
United States Magistrate Judge

-1-