UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN VALADEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN,<br><br>        Defendant. | Case No. 1:26-cv-03542-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 7)<br><br>ORDER DIRECTING PLAINTIFF TO SERVE COPY OF ORDER ON DEFENDANT AND FILE PROOF OF SERVICE |

Plaintiff Arlen Valadez ("Plaintiff") initiated this action with the filing of a complaint on May 7, 2026, against Defendant County of Kern ("Defendant" or "County"). (Doc. 1).

Pending before the Court is Plaintiff's *ex parte* motion to continue the August 5, 2026, initial scheduling conference, filed on July 17, 2026. (Doc. 7). Plaintiff represents that on July 9, 2026, counsel for County contacted Plaintiff's counsel and requested a three-week extension for County to answer the complaint, which Plaintiff's counsel granted, making County's answer due on July 30, 2026. *Id.* at 2; *see* Local Rule 144(a). Plaintiff seeks to continue the scheduling conference by three weeks to allow time for County to enter an appearance and prepare for the scheduling conference, including the completion of the scheduling conference worksheet. *Id.* at 2-3.

In light of Plaintiff's representations, the Court will grant the motion and continue the

1

initial scheduling conference.  Further, the Court will direct counsel for Plaintiff to forward a copy of this order to counsel for Defendant and file proof of service of same.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's *ex parte* motion to continue the initial scheduling conference (Doc. 7) is GRANTED;

2.  The scheduling conference set for August 5, 2026 (Doc. 4), is continued to **August 27, 2026, at 9:00 AM**;

3.  As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference; and

4.  Within **seven (7) days** of entry of this order, Plaintiff shall forward a copy of this order to counsel for Defendant and promptly file proof of service thereof.

IT IS SO ORDERED.

Dated:    **July 20, 2026**                          _____

UNITED STATES MAGISTRATE JUDGE