| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>Valadez v. County of Kern | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Dale K. Galipo (CA SBN 144074)<br>Benjamin S. Levine, Esq. (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Email:  dalekgalipo@yahoo.com | |
| **ATTTORNEY(S) FOR: Plaintiff** | Case No.:  1:26-cv-03542-KES-CDB<br>Hon.   Kirk E. Sherriff<br>Hon. Mag. Christopher D. Baker |

## DECLARATION OF SERVICE

I, Benjamin S. Levine, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action.  My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On July 20, 2026, I served the document described as **Dkt. 8 – ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE (Doc. 7); ORDER DIRECTING PLAINTIFF TO SERVE COPY OF ORDER ON DEFENDANT AND FILE PROOF OF SERVICE** on all interested parties, through their respective attorneys of record in this action by transmitting a true and correct copy via electronic mail to the email address(es) listed on the attached service list.

## SEE ATTACHED SERVICE LIST

## METHOD OF SERVICE

☐    (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐    I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐    I placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of this office for the collection, processing and mailing of documents.  On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be transmitted via electronic mail to counsel for defendant at the email address(es) listed on the attached service list.

I declare that I am a member of the bar of this Court.

Executed on July 24, 2026

*/s/ Benjamin S. Levine*
Benjamin S. Levine

## <u>SERVICE LIST</u>

Stephanie Gutcher, Esq.
**Deputy, Kern County Counsel**

Email: sgutcher@kerncounty.com; jsnow@kerncounty.com; ballard@kerncounty.com; marshallpam@kerncounty.com

*Attorney for Defendant County of Kern*