KENDRA L. GRAHAM, COUNTY COUNSEL
By: Stephanie Virrey Gutcher (SBN 277833)
Marshall Scott Fontes, Chief Deputy (SBN 139567)
Bryn Allard, Deputy (SBN 362628)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: sgutcher@kerncounty.com; sfontes@kerncounty.com,
        ballard@kerncounty.com

Attorneys for County of Kern                    [Exempt from filing fees, Gov. Code, § 6103]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARLEN VALADEZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COUNTY OF KERN; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 1:26-cv-03542-KES-CDB<br><br>**COUNTY OF KERN'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendants, County of Kern (collectively hereinafter "County Defendant" and/or these "Answering Defendant") and in Answering Plaintiff's Complaint, jointly and severally admit, deny and allege as follows:

**JURISDICTION AND VENUE**

1.      Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and on that basis, deny them.

2.      Defendants admit that jurisdiction and venue is proper before this court.

3.      Defendants admit that venue is proper before this court.

**PARTIES**

4.      Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4, and on that basis, deny them.

5.      Paragraph 5 is admitted.

–1–

County of Kern's Answer to Plaintiff's Complaint                    1:26-cv-03542-KES-CDB

6.      Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 6, 7, 8, and 9, and on that basis deny them.

7.       Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 6, 7, 8, and 9, and on that basis deny them.

8.      Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 6, 7, 8, and 9, and on that basis deny them.

9.      Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 6, 7, 8, and 9, and on that basis deny them.

10.     Paragraph 10 is admitted.

11.     Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 11 and 12, and on that basis, deny them.

12.     Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 11 and 12, and on that basis, deny them.

## GENERAL ALLEGATIONS

13.     To the extent paragraph 13 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

14.     Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

15.     Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

16.     Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

17.     Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

County of Kern's Answer to Plaintiff's Complaint                                    1:26-cv-03542-KES-CDB

18. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

19. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

20. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

21. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

22. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

23. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 and on that basis, deny them.

24. Defendants admit only that Plaintiff filed her government claim against the County of Kern on October 6, 2025.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Unlawful Detention and Arrest (42 U.S.C. § 1983)

25. To the extent paragraph 25 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

26. Deny.

27. Admit.

28. Deny.

29. Deny.

–3–

30. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 30, 31, 32, 33, and 34, and on that basis, deny them.

31. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 30, 31, 32, 33, and 34, and on that basis, deny them.

32. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 30, 31, 32, 33, and 34, and on that basis, deny them.

33. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 30, 31, 32, 33, and 34, and on that basis, deny them.

34. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 30, 31, 32, 33, and 34, and on that basis, deny them.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – Excessive Force (42 U.S.C. § 1893)

35. To the extent paragraph 35 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

36. Deny.

37. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that basis, deny them.

38. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that basis, deny them.

39. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that

–4–

County of Kern's Answer to Plaintiff's Complaint                    1:26-cv-03542-KES-CDB

basis, deny them.

40. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that basis, deny them.

41. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that basis, deny them.

42. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that basis, deny them.

43. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 37, 38, 39, 40, 41, and 42, and 43, and on that basis, deny them.

### THIRD CLAIM FOR RELIEF

**Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

44. To the extent paragraph 44 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

45. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis, deny them.

46. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis, deny them.

47. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis, deny them.

48. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis,

–5–

deny them.

49. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis, deny them.

50. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis, deny them.

51. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 45, 46, 47, 48, 49, 50, and 51, and on that basis, deny them.

**FOURTH CLAIM FOR RELIEF**

**Municipal Liability – Unconstitutional Custom, Practice, or Policy (42 U.S.C. §1983)**

52. To the extent paragraph 52 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

53. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 53, 54, and 55, and on that basis, deny them.

54. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 53, 54, and 55, and on that basis, deny them.

55. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 53, 54, and 55, and on that basis, deny them.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

60. Deny.

61. Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 61, 62, and 63, and on that basis, deny them.

62. Defendants are without any knowledge or information sufficient to form a belief as to

–6–

the truth of the allegations contained in paragraphs 61, 62, and 63, and on that basis, deny them.

63.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 61, 62, and 63, and on that basis, deny them.

### FIFTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

64.    To the extent paragraph 64 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

65.    Deny.

66.    Deny.

67.    Deny.

68.    Deny.

69.    Deny.

70.    Deny.

71.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 71, 72, and 73, and on that basis, deny them.

72.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 71, 72, and 73, and on that basis, deny them.

73.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 71, 72, and 73, and on that basis, deny them.

### SIXTH CLAIM FOR RELIEF

### Municipal Liability – Ratification (42 U.S.C. § 1983)

74.    To the extent paragraph 74 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

75.    Deny.

76.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 76, 77, 78, 79, and 80, and on that basis, deny them.

77.    Defendants are without any knowledge or information sufficient to form a belief as to

–7–

County of Kern's Answer to Plaintiff's Complaint                    1:26-cv-03542-KES-CDB

the truth of the allegations contained in paragraphs 76, 77, 78, 79, and 80, and on that basis, deny them.

78.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 76, 77, 78, 79, and 80, and on that basis, deny them.

79.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 76, 77, 78, 79, and 80, and on that basis, deny them.

80.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 76, 77, 78, 79, and 80, and on that basis, deny them.

**SEVENTH CLAIM FOR RELIEF**

**Battery (Cal. Gov. Code § 820 and California Common Law)**

81.    To the extent paragraph 81 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

82.    Deny.

83.    Deny.

84.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 84, 85, 86, and 87, and on that basis, deny them.

85.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 84, 85, 86, and 87, and on that basis, deny them.

86.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 84, 85, 86, and 87, and on that basis, deny them.

87.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 84, 85, 86, and 87, and on that basis, deny them.

**EIGHTH CLAIM FOR RELIEF**

**Negligence (Cal. Gov. Code § 820 and California Common Law)**

88.    To the extent paragraph 88 contains a statement of Plaintiffs' causes of actions and

County of Kern's Answer to Plaintiff's Complaint                                    1:26-cv-03542-KES-CDB

damages sought, no admission or denial is necessary.

89.    Deny.

90.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 90, 91, and 92, and on that basis, deny them.

91.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 90, 91, and 92, and on that basis, deny them.

92.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 90, 91, and 92, and on that basis, deny them.

### NINETH CLAIM FOR RELIEF

### Violation of Bane Act (Cal. Civ. Code § 52. 1)

93.    To the extent paragraph 93 contains a statement of Plaintiffs' causes of actions and damages sought, no admission or denial is necessary.

94.    Admit.

95.    Admit.

96.    Deny.

97.    Deny.

98.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 98 and 99, and on that basis, deny them.

99.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 98 and 99, and on that basis, deny them.

100.    Deny.

101.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 101, 102, and 103, and on that basis, deny them.

102.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 101, 102, and 103, and on that basis, deny them.

103.    Defendants are without any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 101, 102, and 103, and on that basis, deny them.

### FIRST AFFIRMATIVE DEFENSE

–9–

Each and every cause of action therein, fails to state a claim and/or cause of action against answering defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by equitable doctrines, including but not limited to unclean hands.

## THIRD AFFIRMATIVE DEFENSE

The conduct, acts and/or failures to act of answering Defendants' agents and/or employees were privileged.

## FOURTH AFFIRMATIVE DEFENSE

Defendants are immune from liability for the causes of action alleged in the Complaint pursuant to California Government Code sections 815, 815.2, 815.3, 818, 818.2, 818.4, 818.8, 820, 820(b), 820.2, 820.4, 820.6, 820.8, 821, 822.2, 823, 844, 844.6, 845.2, 845.6, 845.8 of the Government Code and sections 834, 834a, 835, 835a and 836 of the Penal Code.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are immune from any civil liability in this matter under the doctrine of qualified immunity in that, at all times, agents of County of Kern had a good faith belief that each and every action employed and taken with regard to the acts complained of by plaintiffs was objectively reasonable and thus justified, reasonable and lawful, or reasonably believed to be justified, reasonable and lawful, under the circumstances presented to this answering Defendant and/or its agents and/or employees at the time of the incident[s] at issue herein.

## SIXTH AFFIRMATIVE DEFENSE

The damages, if any, of which plaintiffs complain were the proximate result of the negligence, carelessness and/or recklessness of plaintiff and/or plaintiffs' decedent in their acts and/or failures to act, so as to bar or diminish recovery herein as against this answering Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The damages, if any, of which plaintiffs complain were the proximate result of the negligence, carelessness and/or recklessness of plaintiff and/or plaintiffs' decedent in their acts and/or failures to act, so as to bar or diminish recovery herein as against this answering Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

–10–

County of Kern's Answer to Plaintiff's Complaint                    1:26-cv-03542-KES-CDB

The damages, if any, of which plaintiffs complain were the proximate result of the negligence, carelessness and/or recklessness of persons other than this answering Defendant, including plaintiffs' decedent, so as to bar or diminish recovery herein as against this answering Defendant.

### NINTH AFFIRMATIVE DEFENSE

The damages, if any, of which plaintiff complains, were the proximate result of the intentional acts of plaintiffs' decedent, done with the knowledge of the act and consequences, all so as to bar or diminish recovery herein as against this answering Defendant.

### TENTH AFFIRMATIVE DEFENSE

On information and belief, plaintiffs, by the exercise of reasonable efforts and/or care by plaintiffs or their decedent, could have mitigated the amount of damage alleged to have been suffered by plaintiffs, and that at all relevant times plaintiffs failed, neglected, and refused, and continues to fail, neglect and refuse, to exercise reasonable efforts and/or care to mitigate plaintiffs' alleged damages.

### ELEVENTH AFFIRMATIVE DEFENSE

At no time did Defendants' agents and/or employees act, intentionally or otherwise, with malice, fraud or oppression, and are thus exempted from punitive and/or exemplary damages.

### TWELFTH AFFIRMATIVE DEFENSE

Defendant and its agents are immune from punitive and/or exemplary damages in accordance with the California Statutes, including but not limited to California Government Code § 818, Code of Civil Procedure § 377.61 and Civil Code §3294, and this answering Defendant is further immune and jurisdiction is lacking over claims for punitive or exemplary damages against this answering Defendant pursuant to the Constitutions of the United States and the State of California.

### THIRTEENTH  AFFIRMATIVE DEFENSE

Based upon information and belief, that plaintiff's complaint is frivolous, and constitutes an action and tactic not based in good faith, and will cause unnecessary cost, delay and obstruction to this answering Defendant, wherefore this answering Defendants is entitled to costs and expenses for all pendent state causes of action as provided in Code of Civil Procedure § 128.5(a) and/or for violation of Federal Rules of Civil Procedure, Rule 11.

–11–

County of Kern's Answer to Plaintiff's Complaint                    1:26-cv-03542-KES-CDB

## **FOURTEENTH AFFIRMATIVE DEFENSE**

In the event of a finding of liability, this answering Defendants asserts the protections of Civil Code sections 1431.2, et seq., and, accordingly, this answering Defendants can only be obligated to pay that percentage of non-economic damages which corresponds to this answering Defendants' percentage of fault, if any such fault is found.

## **PRAYER**

**WHEREFORE**, these Answering Defendant pray judgment as follows:

1.  That Plaintiffs take nothing by virtue of their Complaint or any allegations therein, as against these Answering Defendants;

2.  That these Answering Defendants be awarded costs and fees, including but not limited to reasonable attorneys' fees, pursuant to applicable statutes; and

3.  For costs of suit herein; and

4.  For such other and further relief as the court may deem just and proper.

DATED: July 30, 2026                    Respectfully Submitted,

KENDRA L. GRAHAM, COUNTY COUNSEL


By: /s/ Stephanie Virrey Gutcher
     Stephanie Virrey Gutcher, Deputy
     Marshall S. Fontes, Chief Deputy
     Bryn A. Allard, Deputy
     Attorneys for County of Kern

Doc#28X2707

–12–

County of Kern's Answer to Plaintiff's Complaint                    1:26-cv-03542-KES-CDB