**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARLEN VALADEZ,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF KERN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:26-cv-03542-KES-CDB<br><br>*Hon. Kirk E. Sherriff*<br><br>**~~[PROPOSED]~~ ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 17) |

The Court is in receipt of the parties' Stipulation for Leave for Plaintiff to File First Amended Complaint (Doc. 17). In accordance with the parties' stipulation, and good cause appearing, it is ordered as follows:

1. Plaintiff is granted leave to file the First Amended Complaint attached to the stipulation as Exhibit A.
2. Defendants' responsive pleading to Plaintiff's First Amended Complaint shall be filed no later than twenty-one (21) days after service of the First Amended Complaint.

3. Plaintiff's claim for Fourth Amendment, Unlawful Detention and Arrest (42 U.S.C. § 1983) (Count 1 of Plaintiff's Complaint) is dismissed, with each side to bear its own fees and costs incurred in connection with that claim. No other claim is dismissed by this Order.
4. All dates and deadlines currently scheduled in this matter, including the trial date, are not affected by this Order.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE